# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of : No. 24 DB 2014  (No. 65 RST 2014)
:
:
:
AARON DAVID JONES : Attorney Registration No.  93691
:
:
PETITION FOR REINSTATEMENT : 
  FROM ADMINISTRATIVE SUSPENSION : (Cumberland County)

## O R D E R

**PER CURIAM**

**AND NOW**, this 7th day of October, 2014, the Report and Recommendation of Disciplinary Board Member dated September 22, 2014, is approved and it is ORDERED that Aaron David Jones, who has been on Inactive Status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.